FILED:  March 9, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4771
(1:15-cr-00311-LCB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ADRIAN DEMOND HYMAN

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's petition for rehearing and rehearing en banc, the court grants panel rehearing and issues an amended opinion on rehearing.

The petition for rehearing en banc is denied, no poll having been requested pursuant to Fed. R. App. P. 35(f).

Entered at the direction of Judge Agee with the concurrence of Judge Wilkinson and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk